UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FRED BRADY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. SNOW, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-05225-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8)<br><br>**ORDER DISMISSING COMPLAINT** |

Plaintiff, Willie Fred Brady ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 12, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on May 19, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - CDC # Doesn't Match. However, plaintiff has not notified the court of any change in his address and/or change in his CDC number. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed May 12, 2005,
8 are ADOPTED in full; and,
9    2.  The complaint is DISMISSED pursuant to Local Rule 11-
10 110.
11 IT IS SO ORDERED.
12 **Dated:    June 30, 2005**           /s/ **Anthony W. Ishii**
   0m8i78                         UNITED STATES DISTRICT JUDGE